UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-126-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA ALLEN PAGE | ORDER SEALING DOCKET ENTRY 23 |

Docket Entry 23 is hereby ordered sealed.

This the __21__ day of July, 2022.

_____
JAMES C. DEVER III
U.S. DISTRICT COURT JUDGE

1